UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADOLFO MARTINEZ and MARIA LUZ LOPEZ MARTINEZ, husband and wife,<br>    Plaintiffs,<br>    v.<br>CITY OF UNION GAP, a municipal corporation; JOHN DOES NO. 1-15; and ERIK DELP, a Union Gap Police Officer,<br>    Defendants. | NO.  CV-13-3040-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 31. The parties indicate they have settled and resolved the above-captioned case and ask that it be dismissed with prejudice and without costs or attorney's fees to any party.

   Accordingly**, IT IS HEREBY ORDERED:**

   1. The parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 31, is **GRANTED**.

   2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

//

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel, and **close** the file.

4  **DATED** this 14th day of August, 2014.



_____
STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 2